### WILL FILLINGIM v. STATE.

No. A-2202.   Opinion Filed March 13, 1915.

Appeal from County Court, Kiowa County;

J. S. Carpenter, Judge.

Will Fillingim was convicted of violating the prohibitory law, and appeals.   Affirmed.

Thos. W. Conner, for plaintiff in error.

C. J. Davenport and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Will Fillingim, was convicted at the November, 1914, term of the county court of Kiowa county on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of two hundred dollars and imprisonment in the county jail for a period of thirty days. We find no error sufficient to justify a reversal. The judgment of the trial court is, therefore, affirmed.